FILED
CLERK, U.S. DISTRICT COURT
11/17/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

1. JOHN LUCKETT (Full Name)
2. johnluckett31@yahoo.com (Email Address)
3. 2555 W. WINSTON RD. #40 (Address Line 1)
4. ANAHEIM, CA 92804 (Address Line 2)
5. (714) 900-4289 (Phone Number)
6. PL. in Pro Per (indicate Plaintiff or Defendant)

L/N

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN LUCKETT,

PLAINTIFF,

vs. ~~DOES 1-1000~~

CITY OF ANAHEIM
HOUSING AUTHORITY, FELIPE
VALDIVIA, OLGA TAMAYO,
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT
DOES 1-100 DEFENDANT(S).

Case No.: 8:22cv02096-DOC-DFMx
(To be supplied by the Clerk)

**COMPLAINT FOR:**

(1) VIOL. OF ADA RIGHTS (2) HARASSMENT (3) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (4) FALSE EVICTION (5) VIOL. OF DUE PROCESS (6) VIOL. OF INALIENABLE RIGHTS (7) 14th AMENDMENT VIOL. (8) CIVIL RIGHTS VIOL. SEC. 1983 (9) STALKING (10) INVASION OF PRIVACY.

Jury Trial Demanded: ☑ Yes ☐ No

### I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. SEC 1331 & 28 U.S.C. SEC 1343. FED. Question arises out of 42 U.S.C. 1983. There is also DIVERSITY JUR. I LIVE IN CA, and DEF. U.S. HOUSING DOES BUS IN CA & WASHINGTON D.C., and several parts of U.S. VENUE IS PROPER under 28 U.S.C. SEC 1391.

1 of 8
Page Number

Revised: July 2013
Form Prepared by Public Counsel
© 2010 Public Counsel. All Rights Reserved.

## II. VENUE

2. Venue is proper pursuant to U.S. GOV IS A PARTY. Complaint raises FED. QUESTIONS under 446 AMERICAN W/ DISAB. ACTS VIOL.

## III. PARTIES

3. Plaintiff's name is JOHN LUCUETT. Plaintiff resides at: 2555 W. WINSTON RD, #40, ANAHEIM, CA 92804

4. Defendant CITY OF ANAHEIM HOUSING AUTHORITY - ANAHEIM, CA 92805 INC in ANAHEIM, CA

5. Defendant FELIPE VALDIVIA - ANAHEIM, CA 92805 Works here

2 of 8
*Page Number*

___. Defendant OLGA TAMAYO - Works in
*Insert ¶ #*
ANAHEIM, CA

___. Defendant U.S. DEPT OF HOUSING AND
*Insert ¶ #*
URBAN DEVELOPMENT - SANTA ANA, LOS ANGELES, WASHINGTON, D.C., ET. AL.

___. Defendant
*Insert ¶ #*

___. Defendant
*Insert ¶ #*

3 of 8

*Page Number*

## IV. STATEMENT OF FACTS

1. Since on or about 4/22 – Current (ALL) Respondents have been Enjoying in Engageing in all the Complaints as stated in the Caption of Complaint 1st page.

2. ALL Respondents have engaged in falsely trying to EVICT ME from my 27 YR. RESIDENCE Where I Live and have been on SEC 8 FED Housing Since on or about Per Summer 10/95. I enjoy ADA RIGHTS & Relief for Which (ALL) respondents are Violating by failing to Make REASONABLE ACCOMODATIONS for myself a DISABLED PERSON.

3. (ALL) Respondents refused to reschedule HOUSING INSPECTION APPT ON OR ABOUT 5/16/22, and TERMINATED RENTAL ASSISTANCE THAT WEEK OF APPROX $1,600-Mo.

4. (ALL) respondents have demanded to Inspect my Unit on 11/30/22, and if it doesn't pass are going to falsely evict me with no further hearings, Chances to Correct deficiencies and no right of an APPEAL, NRE. This VIOL. my CIVIL RIGHTS, DISABILITY RIGHTS.

5. All Def. viol my Civil Rights by calling Emergency contact person and invading my privacy by asking if I am sane, what I do all day, where do I go all day, and complaining that I should've cleaned up my place better a year ago. They haven't done an inspection in 4 yrs prior to this year. Their falsely punishing me after Inspector told me I passed Inspection, and then 3 min later told me I failed after he asked me how long has it been since the team with the Anaheim Housing Authority last visited my unit, which I answered 4 yrs ago.

6. All Def. refused to originally gr exten extension of time for Court Appt. in 5/22 and I suffered a nervous brakedown.

7. Def. enjoyed causing me intentional infliction of emotional distress via their conduct, harrassment, abuse, false eviction & denial of appeal or hrg should they rule my unit isn't livable on or about 11/30/22

## V. CAUSES OF ACTION

**FIRST CAUSE OF ACTION** — 10

( VIOL. OF ADA RIGHTS )

(As against Defendant(s): ALL )

AS STATED IN COMPLAINT P-2-

~~2nd CAUSE OF ACTION~~

6 of 8

*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___: Judgment on Complaint for 1 BILLION DOLLARS &

___: Costs of Suit

___: Restrain RESTRAINING ORDER BARRING EVICTION, HARRASSMENT

___: Such Other further relief as Court deems Just & proper

Dated: _____

Sign: John Luckett

Print Name: JOHN LUCKETT

7 of 8

Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/17/22
Sign: *[signature]*
Print Name: John Luckett

4831-5981-9291, v. 1

8 of 8

*Page Number*